**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-6058**

---

YAQUB HAMEED MUWAKKIL, a/k/a James Smith,

Plaintiff - Appellant,

versus

L. W. HUFFMAN, Regional Director of the
Northern Region of the Virginia Department of
Corrections (VDOC); LISA EDWARDS, Warden;
DAVID A. GARRAGHTY, Chief Warden; WARDEN
SPENCE; UNIT MANAGER EVERETTE; CORRECTIONAL
OFFICER DAVIS; WARDEN WILLIAMS,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Robert G. Doumar, Senior District
Judge. (CA-01-570-2)

---

Submitted: May 15, 2003          Decided: May 22, 2003

---

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Yaqub Hameed Muwakkil, Appellant Pro Se.  Pamela Anne Sargent,
Assistant Attorney General, Dana L. Gay, OFFICE OF THE ATTORNEY
GENERAL, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Yaqub Hameed Muwakkil seeks to appeal the district court's order permitting late filing of Defendants' response to his discovery requests, granting Defendants' motion for an extension of time to file an answer, denying Muwakkil's motion for default judgment, granting Muwakkil's motion for an extension of time to file a response, and denying Muwakkil's motion to strike. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Muwakkil seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We deny Muwakkil's motions to compel and to stay the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2